ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAVID A. LOMBARDERO, CSB 71715
Special Assistant United States Attorney
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-7418
  Facsimile: (213) 894-7177
  E-mail: David.Lombardero@usdoj.gov

Attorneys for Plaintiff
United States of America

*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  vs.<br><br>$107,069.72 IN U.S. CURRENCY seized from account *****1628 at Wells Fargo Bank,<br><br>        Defendant.<br>FARSIGHTED ENTERPRISE INC.,<br><br>        Claimant. | No. CV 11-9533 – GW (FMOx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

This action was filed on November 16, 2011. Notice was given and published in accordance with law. Claimant, FARSIGHTED ENTERPRISE INC.

("FARSIGHTED"), the corporation from whose account defendant $107,069.72 in U.S. currency (the "defendant funds") was seized, filed a timely claim for return of the defendant funds.  No other claims were filed.

Plaintiff and Claimant have reached an agreement that is dispositive of the entire action.  They hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over Plaintiff, the defendant funds, Claimant and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant funds other than FARSIGHTED are deemed to have admitted the allegations of the Complaint.  The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $60,000.00 of the defendant funds, plus its proportionate share of interest, and no other person or entity shall have any right, title or interest therein. The Department of Treasury is ordered to dispose of said assets in accordance with law.

4. The remainder of the defendant funds ($47, 069.72), plus interest thereon, shall be paid to FARSIGHTED promptly after entry of this judgment. FARSIGHTED and its counsel shall provide, in writing, the information necessary for the government to make the payment called for herein by electronic funds or wire transfer in accordance with federal law.

5. FARSIGHTED hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Internal Revenue Service and local or state law enforcement officers cross-designated as agents of the United States, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim

for attorney's fees, costs or interest that may be asserted on behalf of Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 8, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

Dated: May ___, 2012.        ANDRÉ BIROTTE JR.
                             United States Attorney
                             ROBERT E. DUGDALE
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                             By _____
                                DAVID A. LOMBARDERO
                             Special Asst. United States Attorney
                             Asset Forfeiture Section
                             Attorneys for Plaintiff,
                             United States of America

Dated: May ___, 2012.        PAUL WILLIAM RAYMOND
                             Attorney at Law



                             By _____
                             Attorney for Claimant, FARSIGHTED